**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| Barbara L. Naylor,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>United States of America, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:21-cv-00917-JAD-BNW<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff initiated this case on May 3, 2021. ECF No. 1. Plaintiff's first filing did not include a filing fee or an application to proceed *in forma pauperis* ("IFP"). *Id.* Accordingly, the Court ordered Plaintiff to file an IFP application or pay the filing fee by June 14, 2021. ECF No. 3. The Court advised Plaintiff that a failure to comply with its order would result in a recommendation that this case be dismissed. *Id.* Since this last Order, Plaintiff has not taken any action in this case. Accordingly, it appears Plaintiff abandoned her case.

**IT IS THEREFORE RECOMMENDED** that Plaintiff's case be dismissed without prejudice.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: March 24, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　Brenda Weksler
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge