UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Barbara L. Naylor,<br><br>    Plaintiff<br><br>v.<br><br>United States of America, et al.,<br><br>    Defendants | Case No.: 2:21-cv-00917-JAD-BNW<br><br>**Order Adopting Report and Recommendation and Dismissing Action**<br><br>[ECF No. 4] |

Because Plaintiff Barbara Naylor has failed to respond to this court's orders for nearly a year, the magistrate judge has concluded that the plaintiff has abandoned this case, and she recommends that it be dismissed.[1] The deadline for the plaintiff to object to that recommendation was April 7, 2022, and she filed no objection and did not ask to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2] Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 4] is ADOPTED** in its entirety. **This case is DISMISSED**. The Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 11, 2022

---

[1] ECF No. 4.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).